UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KERRY D. OHLSEN,<br><br>         Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, Acting<br>Commissioner of Social Security,<br><br>         Defendant. | Case No. C13-707-JCC-JPD<br><br><br>REPORT AND RECOMMENDATION |

Plaintiff brought this action to seek judicial review of the denial of her application for disability benefits by the Commissioner of the Social Security Administration. Dkt. 7. The parties have stipulated that this case should be reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Dkt. 18.

Based on the stipulation of the parties, the Court recommends that this case be REVERSED and REMANDED for further administrative proceedings. On remand, the administrative law judge shall: 1) reassess the severity of plaintiff's impairments, including further evaluating whether fibromyalgia and Attention Deficit Hyperactivity Disorder are medically determinable impairments; 2) give further consideration to the medical opinions of record, including the opinions of Dr. Thompson (Tr. 252-254), Dr. Beaty and Dr. Eather (Tr.

490-493, 589), Dr. Maeda (Tr. 452), Dr. Knapp (Tr. 259-263), and Nurse Paluga (Tr. 596-597, 599-602, 643-647), and articulate what weight is given to each; 3) reassess the credibility of plaintiff's subjective complaints; 4) reevaluate plaintiff's residual functional capacity; and 5) reassess steps four and five with the assistance of a vocational expert, if necessary.

A proposed order accompanies this Report and Recommendation.

DATED this 26th day of September, 2013.

*James P. Donohue*
_____
JAMES P. DONOHUE
United States Magistrate Judge